UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE REYES, | ) | 1:04-cv-6571 OWW TAG HC |
|     Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
|     v. | ) | (DOCUMENT #10) |
| JIM HAMLET, | ) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 27, 2007, petitioner filed a motion to extend time to file an amended petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty (30) days from the date of service of this order in which to file his amended petition.

IT IS SO ORDERED.

Dated: **May 1, 2007**         **/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE