UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE REYES, | 1:04-cv-06571 OWW TAG (HC) |
| Petitioner, | |
| vs. | ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION |
| JIM HAMLET, et al., | |
| Respondents. | (Doc. 18) |

On March 20, 2008, Petitioner filed a motion for a 90-day extension of time (Doc. 18), to file an opposition to Respondent's motion to dismiss the instant petition for writ of habeas corpus (Doc. 16). Petitioner's opposition to the motion to dismiss was due February 21, 2008. Thus, Petitioner's motion for an extension of time was untimely. Nevertheless, the Court has considered Petitioner's motion, and finds that good cause exists to grant it in part, and makes the following order:

 1. Petitioner's motion for an extension of time to file an opposition to Respondent's motion to dismiss is GRANTED, but only for thirty (30) days from the date of this order;

 2. Petitioner shall have to and including April 28, 2008 to file an opposition; and

 3. Petitioner's request for a 90-day extension of time is DENIED.

Petitioner is advised that failure to comply with this order may result in an order dismissing the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated: **March 28, 2008**                                    **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE