# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE REYES, | 1:04-cv-006571-OWW-TAG HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 24) |
| v. | ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 16) |
| JIM HAMLET, | ORDER DISMISSING AMENDED PETITION FOR WRIT OF HABEAS CORPUS (Doc. 12) |
| Respondent. | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 1, 2008, Respondent filed a motion to dismiss the petition. (Doc. 16). On July 24, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition was untimely under the one-year limitation period imposed by 28 U.S.C. § 2244(d). (Doc. 24). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

1

     In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

     Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 24, 2008 (Doc. 24), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 16), is GRANTED;
3. The amended petition for writ of habeas corpus (Doc. 12), is DISMISSED as untimely; and
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   September 9, 2008**                              /s/ Oliver W. Wanger
                                                                               UNITED STATES DISTRICT JUDGE